UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :     **UNSEALING ORDER**
                                 :
OMAR KHAN,                       :     S1 20 Cr. 117
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by and through Assistant United States Attorneys Nicholas W. Chiuchiolo and Nicholas Folly, it is hereby ORDERED that Indictment S1 20 Cr. 117, which was filed under seal on January 25, 2021 and is annexed hereto, is unsealed.

SO ORDERED.

Dated: New York, New York
       February 29, 2024

_____
HONORABLE JENNIFER WILLIS
UNITED STATES MAGISTARTE JUDGE