UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

OMAR KHAN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

20-CR-117 (PAE)

Upon the request of defendant Omar Khan, by his counsel Andrew Dalack, and with good cause shown, it is hereby

**ORDERED** that, within one week of the date of this order, the Bureau of Prisons (a) have a neurosurgeon evaluate Mr. Khan to assess the need for surgical intervention to address the fractures in his spine, and (b) provide Mr. Khan with a thoracic lumbar sacral orthosis brace.

Dates: New York, New York
       April 2, 2024

SO ORDERED:

*Paul A. Engelmayer*
_____
HONORABLE PAUL A. ENGELMAYER
United States District Judge