UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>OMAR KHAN,<br><br>                    Defendant. | 20-CR-117 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Based on the Government's letter at docket 21, it appears that Mr. Khan has now been equipped with a back brace that fits him and that a hematology consult has been ordered to address his elevated blood count. On the premise that the latter consult will occur promptly, the Court does not perceive a need for further action at this time. The Clerk of Court is requested to terminate the motion at Dkt. No. 20.

SO ORDERED.

                                                                                                    _____
                                                                                                    PAUL A. ENGELMAYER
                                                                                                    United States District Judge

Dated: April 11, 2024
           New York, New York