# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

June 3, 2024

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Omar Khan,**
       **20 Cr. 117 (PAE)**

Dear Judge Engelmayer,

Consistent with the terms of Omar Khan's negotiated guilty plea to a violation of 18 U.S.C. § 1028A, I write to respectfully request that the Court sentence Mr. Khan to two years' imprisonment followed by a year of supervised release, with the special condition that he reside in the United States for the duration of his post-release supervision. Because the only possible sentence is two years' imprisonment followed by (a maximum of) a year of supervision (see 18 U.S.C. § 1028A),[1] the defense will not submit a more thorough sentencing submission, and instead relies on the facts stated in the pre-sentence report and the enclosed letters concerning Mr. Khan's character and background (Exhibit A).

I look forward to seeing the Court on June 10, 2024, for sentencing.

Respectfully Submitted,

Andrew John Dalack
Assistant Federal Defender

Cc:   Counsel of Record

---

[1] As stated on the record during today's proceedings, the PSR's reference on page 20 to a maximum potential sentence of life imprisonment is wrong, as the only possible term of imprisonment associated with a violation of 18 U.S.C. § 1028A is two years.