# EXHIBIT A

May 10, 2024

Dear Judge Engelmayer,

My name is Leslie Khan, and I am the wife of Omar Khan.  I am writing this letter to provide you with my insight as to who Omar is as a husband and personally.

First, I will briefly tell you a bit about myself.  I grew up in a close-knit, very devout Catholic family.  My mother was a registered nurse at hospitals and my father managed department stores and our grandmother lived with us.  The three of them very carefully managed a very loving home.  I went to court reporting school during which I began working for a close friend of mine at her distribution company.  Part of my responsibilities at my job was to source training and development professionals to develop the staff.  That business sent me to a four full-day course conducted by Omar.  Omar's course was such a beautiful combination of tools to help any person achieve whatever their goals and aims in work and life are while resolving previously unsurmountable challenges and barriers.  We had Omar give a number of courses to the teams in our company.

Omar's courses were a huge success and had such a great impact on me that I began assisting him in the courses as well.  It was very evident that part of Omar's innate way of living was to assist anyone who had contact with him in their development in ways which were very holistic and highly effective.  We worked together for some time and then married.

Soon after we married, Omar's father was having critical health issues which required his attention.  We went to Pakistan to visit his father, and looked around to see if there was work, we could do while there.  Omar gave tutorials to children studying for their O and A Levels exams and counseled a number of people who could not find the quality of counseling they wanted at home in Pakistan.  Omar had great success with everyone he worked with.  We soon met up with a number of business leaders in the corporate community who were eager to get Omar's help developing their leadership teams.  We began our business consultancy and development business there in Pakistan and soon thereafter in Sri Lanka followed by Singapore.

We were sent to Sri Lanka to lead the regional conference of American Express TRS.  We loved Sri Lanka and its close proximity to Pakistan allowed us to go there regularly.  On our second trip there, Omar conducted an introductory session of his Mastery of Self Through NLP course.  From that introductory session most of the people attended the full four-day course.  One of the attendees brought his two teenage daughters to attend as well.  After she attended the course, one of the daughters gathered about 30 of her friends and asked if Omar would be willing to conduct the same course for them for a budget price.  She organized all the logistics of the course, and the course was a great success for all involved.  She became our first employee.  She worked for our company for about two years as she was preparing to move to Canada to attend university which we helped her a great deal with financially and with other preparations.

She was like a daughter to us.  Her sister worked for us after she left.  The family had no plans to send her overseas, but Omar convinced her and the family to allow her to apply to and attend Oxford Brooks University.  We assisted her in every way we possibly could until she graduated from there.

Omar has always had a very special ability to connect in a very deep way with every group he has ever worked with from Pakistan, Sri Lanka, Singapore, Bangladesh, Hong Kong, Japan, Vietnam, Thailand, Philippines, UK, Denmark, Finland, France, Italy, Argentina and the UAE.  Everyone he works with can sense his own deep care for everyone individually and collectively.

Omar has been arranging dinners with wines ever since I met him.  This is one of his strong talents, and passions, to create dinners where those who attend could enjoy the finest possible cuisine through working very closely with the chef, at whatever level the dinner was, along with pairings of wine and the goal of having the best quality of conversation and engagement of all attendees in an environment of shared community.

Even with all Omar has done and achieved, he has always been an extremely warm and loving husband and always ensures that his closest relationships are given high priority in his life.  Omar has been very terribly badly affected emotionally by this case from the outset.  He is very remorseful about the poor choices he made.

I didn't want to write what may sound like a public relations message about Omar, but this really is the truest summation of the highpoints of our life together as it has unfolded from the time I met him.  He is very conscious of his talents in working with people, and he has always believed that it was his responsibility to share his talents with people for their good both individually and collectively.  This may sound presumptuously lofty, but, in my humble opinion through observation (and that of very many people who have observed the same as I have over the past 33 years, and everyone I met who knew him before I did), Omar has such a profoundly beautiful effect on people, their engagement, growth as well as his awareness that his having this effect and ability obligates him to express it through ways where others will benefit, as he has always said and taught in his workshops, *noblesse oblige*.  In my opinion, this aspect of Omar is his most positive attribute.

Omar has a great deal of time to think about what he will do in the future, and he discusses it with me every time we speak.  I will help him along the way, as I always have, to gain clarity on what's possible and to learn from the poor choices he made in the past. The effects of his choices along the way have weighed on him and his family tremendously.  His mother, a remarkable woman, at 92 years old is still extremely sharp, has been under tremendous stress for years trying everything she can to get others to help him in whatever way they can, but many of them have also abandoned her. She has recently fallen and broken her hip and had to undergo emergency surgery.  The people who were caring for her in their home (a former business partner of ours in Pakistan) can no longer care for her due to their own responsibilities.

I respectfully ask that in sentencing Omar you see him as an entire person and consider his whole history, and not just the worst parts. Thank you for reading.


Sincerely,


Leslie Khan

Dear Judge Engelmayer,

I am writing in support of Omar S. Khan who is my son-in-law. I have known Omar for 33 years.

First allow me to tell you about myself. I am 81 years old, born and raised in Kansas on a farm in a very close-knit Catholic family. I was the eldest of 13 children. I was the first member of my family to attend college. I attended Emporia State University and received my Bachelor of Business Administration degree. I managed department retail stores for most of my career. My wife and I have raised two wonderful daughters.

I understand Omar has admitted to wrongdoing and stands prepared to face the consequences of his actions. I write as someone who has known Omar for 33 years and considers him to be an outstanding individual on many levels and a man deserving of leniency. I knew from the first time we met Omar that he is a very special person. We met him after my daughter Leslie had been dating him for some time and he quickly invited us to visit them and to attend a course he was running which was called *Mastery of Self*—a course for people of all ages and backgrounds. This course guided us to consider and write our life purpose and goals, and covered many topics. I could tell that Omar was wise beyond his years. Everyone who attended enjoyed the course and felt that they gained great value from their attendance.

In 1992, Omar and my daughter moved overseas to build their consultancy and self-development business in Asia. Omar invited us on several occasions to visit them overseas. Omar and Leslie introduced me to some of the young people who worked in their Sri Lanka office they mentored and later assisted them in applying to university in the UK. Omar is a great believer in mentoring young folks. It was truly remarkable to us how much experience, exposure, and development these people received due to Omar's guidance, compassion, and generosity.

Omar has been very generous to us and our grandchildren as well. When our granddaughter and grandson became old enough to travel and visit them, Omar would always plan a full itinerary including great museum visits and locations where he would tell us all the historical background of a place. Omar is passionate about ongoing life-long education about the world we live in, all of its wonders and many insights, and most importantly sharing those learnings with others while having very authentic, substantive conversations throughout. Omar has always believed that adults have a responsibility to guide and mentor anyone who is available and open to it.

Omar regularly had Lauren, our granddaughter, and Jon, our grandson, over to visit them in a number of places in North America and Europe. They stayed with them at Niagara-On-The-Lake a number of times, which has the largest repertory theater in North America and is devoted to the works of George Bernard Shaw. Omar is a great theater aficionado and a fan of George Bernard Shaw for his great talent and passion for writing satirical plays. Our grandchildren have learned a great deal from all the theater which Omar has taken them to. They would have never had exposure to a variety of George Bernard Shaw's plays left to themselves.

When Jon graduated high school around 2008, Omar invited him and Lauren to Washington, D.C., which they had never visited. As always, Omar had a full itinerary planned with restaurants which they had never eaten the cuisine of, a number of national museums and other museums of

great interest and a theater show. They had so much more quality stimulus than they ever knew they could've had from a D.C. trip, and we were very grateful that they had more of a substantive itinerary than teenagers would typically have while visiting the nation's capital.

When Lauren was preparing for university, her parents were having a very difficult time financially with the preparatory educational program she had been enrolled in. I called Omar and asked if he could pay the necessary fees for this educational program, and he, of course, agreed. When Lauren was having an extremely tough time while at university between her demanding volleyball coaches and her studies, Omar invited her to visit with them and she was able to have a very nurturing, compassion-filled and culturally stimulating stay with them. It was so comforting to us back home as we knew how difficult of a time she was having.

For about 10 years, Omar had been leading a leadership training program in Europe for the children of the Young Presidents' Organization members who were just graduating from college. This was a commitment Omar made to conduct these training courses pro bono. One year Omar had arranged with the organizing committee for Lauren to attend some of the other trainings as a counselor to the students attending in Switzerland and Spain, where Omar would not be present. Omar was always ready to assist and encourage someone to find ways in which they could extend and expose themselves and grow with opportunities which they would never otherwise be able to find themselves. We, of course, were very nervous knowing that Lauren would be traveling to Europe in her early 20s alone for this work, but Omar knew the organizing committee and other leaders involved and knew that she would be in good hands and that she was fully capable of this journey. This was very much up Lauren's alley, counseling, facilitating, and assisting students in their leadership work. It was the opportunity of a lifetime, and she had an extraordinary experience interacting with other counselors from all over the world.

About 19 years ago, Omar invited Lauren on a trip with them, as a break from the pressures of college, to a walking trip through the Languedoc in France. On the trip, Lauren was the roommate of another Sri Lankan young lady who worked in their office who was on her way to stay with family in the UK. Omar invited her, as a bonus for her work, to stop in France on the way to the UK and take the walking trip with them. The two young ladies had a wonderful trip with Omar and Leslie hiking from village to village, fully engaged in exploring the local culture, people, and immense history, the Pont du Gard aqueduct, and other Roman ruins along the way. It was the trip of a lifetime for both girls.

I don't know the details of this legal situation, but in my experience from speaking to his colleagues and others who know him, Omar is a very hard-working man. He does have a strong sense of responsibility and compassion for his fellow man, integrity, dignity, and a commitment to being a good global citizen and simply a good, caring human being. I believe that Omar is a very strong addition to the human family, and with the help of this Court's leniency, to be able to share his care for others and his generosity with the world.

Most sincerely,

Leonard Freeby

Dear Judge Engelmayer,

My name is Lauren, and I am writing to offer my perspective and insights regarding Omar Khan. Omar Khan is my uncle, who is married to my aunt, Leslie Khan, who is my mom's sister, whom I love dearly.

My relationship with Omar, or "Omie" as I call him, dates back to my childhood, but it wasn't until my early teens that I truly began to get to know him. I remember the anticipation and excitement when Omar and my aunt Leslie invited me to join them on my first international trip to London. This visit marked a significant milestone for me and little did I know then the profound impact Omar would have on my life. I learned on this trip the significance of the big world around me, and it was here that planted the seed for more hunger and curiosity about the world around me. Through Omar's education, being a history buff, arts aficionado, linguist, and a foodie, I was enamored at the vast world out there that I could continue to explore after that trip.

Throughout my life, Omar has been a steadfast source of support and guidance, love and warmth. Whether through phone calls or in-person conversations during travels to visit my aunt and uncle, he has always listened attentively, offering sage advice and encouragement. His ability to empathize and provide gentle guidance has been a source of strength during some of my challenging times growing up. I have always cherished the relationship I've had with him, and always known him as a safe person to go to. Omar and Les together provided that for me. I feel indebted to them for the kindness they have given to me.

Some of my fondest memories revolve around Thanksgiving time with my uncle and aunt and our nuclear and extended family. He would meticulously plan for this evening annually, and we would gather for the occasion. He brought his typical enthusiasm that we all felt, and he always ensured everyone was having a good time. These holidays were filled with laughter, warmth, and cherished moments. Omar's planning and organizing of this dinner, was such a gracious act on his part, and so like Omar to do the ones he loves. Without his love for his family, and desire to connect us all, these family gatherings would have never happened.

Moreover, Omar's impact extends beyond our family circle. I've witnessed the impact of the lives of my friends, in which he would leave a positive impression with his kindness, generosity, and joyful company.

As I mentioned, Omar has been a catalyst for my growth and development since an early age. His mentorship and encouragement have shaped my interests and aspirations, leading me down paths I never imagined possible. From recommending literature to fostering a love for the arts, his influence has been profound in my life.

This case has surprised my whole family. It has been a source of immense pain and sorrow for Omar and my aunt and my family, as well. While I acknowledge the gravity of the situation, I

firmly believe in Omar's goodness and his capacity for redemption. I hope that you will consider the entirety of his character and the positive impact he has had on so many lives.

Thank you for your consideration.

Sincerely,
Lauren

April 22, 2024

The Honorable Judge Paul A. Engelmayer,

Re: Omar Khan

Dear Judge Engelmayer,

I am Laique Saqib, Omar's mother. I am going to turn 92 in May if I live. Allow me to first tell you briefly about myself. I was born in Baroda, India before partition. I had five sisters and one brother who grew up in a very loving home due to my mother and father's great care for our family life. We have all remained very close our entire lives. My father had a very rare opportunity, for an Indian, to attend and graduate with his law degree from Cambridge University in Cambridge, England. My father was a very respected barrister at law to the Maharaja of Baroda. We lived in Baroda until partition, then we moved to Aligarh where my grandfather was the Vice Chancellor of Muslim University. My Father decided to move to Lahore, Pakistan as it would be safer for all of us considering the unrest in India at the time even though he was leaving his entire established life and career behind. We all left everything behind and began a new life in a new country. It was a great struggle for all of us. I grew up there till my college days where I attended Kinnaired College. After graduating from college, I moved to Karachi.

I met my husband in Karachi, we both fell in love and were married. My husband had a very modest upbringing. His father was orphaned at a young age, however, he consistently achieved extraordinarily high-ranking test scores in school which allowed him to become a relatively high-ranking civil servant. He taught his children that learning and education had to be their path as he could offer them very little else beyond his support and love. My husband showed great promise and he decided to follow an education path to become a career diplomat in the foreign service. Omar's father, graduated from university in Delhi, then he was sent to la Sorbonne University in France for his master's degree in international diplomacy, and then he graduated from the Fletcher school of Diplomacy in Massachusetts.

My husband was first posted to New York. We both were very young, so we waited to have children. Omar was born after five years in Cairo, Egypt. It was God's blessing, we both loved him dearly. After Cairo we were posted to Germany where Omar began preschool and learned to speak German. Then we were posted back to New York when Omar was 5 years old. Teachers told me how loving and caring he was towards them and his classmates. From New York we moved to many countries. After attending different schools, Omar always received the same reports from his teachers, friends and their parents as a very loving and caring child who would always find ways to help others. As he continued to grow up, we kept getting the same comments from his teachers. I was very proud of him.

Please believe me Judge, everything I am writing is the truth. My son Omar has always loved everyone, he was helping his friends from the time he was 5 years old, and he kept doing the same while he was in college and university. He was known as a wonderful friend. His hand was

always extended to give wherever anyone needed it, and in his life he has always goodness in his heart for everyone.

I don't know what happened in this case, but based on my experience I do know that it is not in keeping with his nature to intentionally harm anyone. He has a great deal of remorse for all that has happened and his role in causing loss to others.

I beg you Sir, give him time in life to help others and let him live with his wife who is devoted to him and helps him in doing good for the people in the world.

With Most Respect,

Laique Saqib