

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2024

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Omar Khan*, S1 20 Cr. 117 (PAE)

Dear Judge Engelmayer:

    The defendant in this case, Omar Khan, is scheduled to be sentenced on June 10, 2024 at 10:30 a.m., having pled guilty to aggravated identity theft, in violation of 18 U.S.C. § 1028A. The Government submits this letter in advance of sentencing.

    Pursuant to the parties' plea agreement, the Government respectfully submits that the Court should impose the mandatory sentence of two-years imprisonment, to be followed by one year of supervised release (with the special condition that the defendant reside within the United States for the entirety of his post-release supervision).[1] The Government also expects to ask the Court at the time of sentencing to order that the defendant pay restitution to the victims of his offense in the amount of $6,699,582.[2] Attached hereto are victim impact statements.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: /s/
    Nicholas W. Chiuchiolo
    Assistant United States Attorney
    (212) 637-1247

---

[1] The Government agrees with the defense that the PSR incorrectly states that the maximum term of imprisonment is life. The only lawful term of imprisonment that the Court can (and must) impose is two years.

[2] In advance of sentencing, the Government will provide the Court with a proposed order of restitution.